```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNASIA WHICHARD,

               Plaintiff,

    -against-

UNIVERSAL PROTECTION SERVICE, LLC,

               Defendant.

1:21-cv-00375 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The parties jointly have moved [ECF No. 9] to stay this case pending mandatory arbitration. The motion is GRANTED. This case is stayed pending further order of the Court.

    The parties are directed to submit an update on the status of the arbitration every 90 days, beginning on November 16, 2021. The parties also must inform the Court within five days of the resolution of the arbitration.

**SO ORDERED.**

**Date: August 18, 2021**
**New York, NY**

                                                   */s/ Mary Kay Vyskocil*
                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**