UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LYNASIA WHICHARD,

        Plaintiff,

-against-                                      Case No. 1:21-cv-375-MKV

                                                      **STIPULATION OF DISMISSAL WITH PREJUDICE**

UNIVERSAL PROTECTION SERVICE, LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lynasia Whichard and Defendant Universal Protection Service, LLC, hereby stipulate that the above-captioned case shall be dismissed, with prejudice, with each party to bear its own fees and costs.

                                                          Dated: Nov. 17, 2021

| | |
|---|---|
| *Alex Cabeceiras* | *E∆W* |
| **Derek Smith Law Group, PLLC** | **Martenson, Hasbrouck & Simon LLP** |
| By: Alex Cabeceiras, Esq. | By:    Evan S. Weiss, Esq. |
| One Pennsylvania Plaza, 49th Floor | 2573 Apple Valley Road |
| New York, NY 10119 | Atlanta, GA 30319 |
| T: (212) 857-0760 | T: (404) 909-8100 |
| | F: (404) 909-8120 |
| | eweiss@martensonlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |